Evan Homer HANCEY v. UNITED STATES of America.

No. 2052.

Circuit Court of Appeals, Tenth Circuit.

Feb. 26, 1940.

Willard Hanson, of Salt Lake City, Utah, for appellant.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah, for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant per stipulation.

Seth W. HERNDON v. COMMISSIONER OF INTERNAL REVENUE.

No. 1802.

Circuit Court of Appeals, Tenth Circuit.

Jan. 15, 1940.

George R. Blodgett, of Boston, Mass., for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Decision of the United States Board of Tax Appeals affirmed, pursuant to stipulation.

The JOHN W. WILBUR COMPANY, a Corporation, Petitioner and Appellant, v. O. A. SLATER, Incorporated, a Michigan Corporation, William F. Jobbins, Incorporated, an Illinois Corporation; and Electric Refractories & Alloys Corporation, a Delaware Corporation, Appellees.

Circuit Court of Appeals, Sixth Circuit.

Feb. 12, 1940.

Frazer & Popkin, of Detroit, Mich., for appellant.

Erwin O. Slater, of Pontiac, Mich., for appellees.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

Upon reading and filing the attached stipulation, and the Court being fully advised in the premises, it is ordered that the appeals from the orders entered by the District Court of the United States for the Eastern District of Michigan, Southern Division, may be and the same hereby are withdrawn.

Weldon Forbes JORGENSEN, Appellant, v. E. B. SWOPE, Warden, United States Penitentiary, McNeil Island, Washington, Appellee.

No. 9466.

Circuit Court of Appeals, Ninth Circuit.

March 7, 1940.

Weldon Forbes Jorgensen in pro. per.

No other appearance entered.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Petition for leave to proceed in forma pauperis granted.